# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Richard & Julianna Pinkston |
| **Case Number:** | 2:08-bk-09365-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 02, 2009 02:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF AMERICA.

**R / M #:** 40 / 0

## Appearances:

J. KENT MACKINLAY, ATTORNEY FOR RICHARD PINKSTON, JULIANNA PINKSTON
MARTY G BAKER, ATTORNEY FOR MOVANT (T)

## Proceedings:

MR. BAKER CONFIRMS THAT THIS ACCOUNT IS IN THE ARREARS AND THAT THE PARTIES HAVE DISCUSSED THE POSSIBILITY FOR ADEQUATE PROTECTION. RELIEF IS SOUGHT.

MR. MACKINLAY NOTES THAT A PLAN OF CONFIRMATION WAS FILED.

MR. BAKER RESPONDS TO THE COURT THAT ANY FORECLOSURE HAS NOT COMMENCED. IT IS ADDITIONALLY RELATED THAT THIS IS VACANT LAND.

THE COURT: THE STAY IS LIFTED AND THE TEN DAY STAY IS APPLICABLE.