# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | Richard & Julianna Pinkston | | |
| **Case Number:** | 2:08-bk-09365-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 11, 2009 09:30 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## Matter:

POST CONFIRMATION STATUS HEARING.

**R / M #:**   52 / 0

## Appearances:

PATTY CHAN, US TRUSTEE
J. KENT MACKINLAY, ATTORNEY FOR RICHARD PINKSTON, JULIANNA PINKSTON

## Proceedings:

THE COURT QUESTIONS WHETHER A FORMAL CONFIRMATION ORDER HAS BEEN SIGNED AND MR. MACKINLAY RESPONDS THAT ONE HAS NOT.

MR. MACKINLAY GOES ON TO EXPLAIN WHY A PLAN CANNOT BE CONFIRMED TODAY.  ANOTHER HEARING IS SUGGESTED IN NINETY DAYS.

MS. CHAN HAS NO OBJECTION TO A CONTINUANCE.

THE COURT:  A CHAPTER 11 STATUS HEARING IS SET FOR OCTOBER 27, 2009 AT 10:00 A.M.