# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|                     |                                              |          |    |
|---------------------|----------------------------------------------|----------|----|
| **Debtor:**         | Richard & Julianna Pinkston                  |          |    |
| **Case Number:**    | 2:08-bk-09365-GBN                            | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 27, 2009 10:00 AM   7TH FLOOR #702 |      |    |
| **Bankruptcy Judge:**   | GEORGE B. NIELSEN                        |          |    |
| **Courtroom Clerk:**    | JAN HERNANDEZ                            |          |    |
| **Reporter / ECR:**     | JO-ANN STAWARSKI                         |          |    |

## Matter:

CHAPTER 11 STATUS HEARING.

**R / M #:**   52 / 0

## Appearances:

PATTY CHAN, US TRUSTEE
J. KENT MACKINLAY, ATTORNEY FOR RICHARD PINKSTON, JULIANNA PINKSTON

## Proceedings:

MC. MACKINLAY ADVISES THE COURT THAT A REORGANIZATION WILL NOT WORK.  IT IS THE INTENT TO FILE A NEW LIQUIDATION PLAN IN THE NEXT THIRTY DAYS.

MS. CHAN RESPONDS THAT SHE WILL LODGE EITHER AN ORDER OF DISMISSAL OR CONVERSION IF THAT IS NOT COMPLETED.

THE COURT:  A CONTINUED HEARING IS SET FOR JANUARY 5, 2010 AT 10:00 A.M., UNLESS THE PLAN CAN BE CONFIRMED THROUGH A STIPULATED ORDER.