ORDERED ACCORDINGLY.

Dated: November 10, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-13117/7063438498

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Richard Pinkston and Julianna Pinkston<br>Debtors.<br><br>Bank of America 173<br><br>Movant,<br>vs.<br><br>Richard Pinkston and Julianna Pinkston, Debtors;<br>US Trustee, Trustee.<br><br>Respondents. | No. 2:08-bk-09365-GBN<br><br>Chapter 11<br><br>O R D E R<br><br>(Relating to docket #70 ) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from Objection to Chapter 11 Plan without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT